IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT DOLEMBA )<br>on behalf of plaintiff and all others )<br>similarly situated, )<br>                                                     )<br>          Plaintiff, )<br>                                        )<br>   v. )<br>                                        )<br>CHAMPION ROOFING, LLC, )<br>                                        )<br>         Defendant. ) | 19 C 7139<br><br>Judge Blakey<br>Magistrate Judge Gilbert |

## MOTION TO SUGGEST OF RECORD THE DEATH OF PLAINTIFF

Edelman, Combs, Latturner & Goodwin, LLC respectfully requests that this Court enter, for the record and pursuant to Fed. R. Civ. P. 25(a)(1), a suggestion of the death of Scott Dolemba, the named plaintiff in this case. In support whereof, counsel for the late plaintiff states as follows:

On May 4, 2020, Daniel A. Edelman of Edelman, Combs, Latturner & Goodwin, LLC was informed by plaintiff's wife that plaintiff had passed away on April 24, 2020.

Plaintiff intends on filing a motion to substitute the plaintiff adding Scott Dolemba's wife, Herminia Dolemba, as the successor plaintiff and class representative.

WHEREFORE, Edelman, Combs, Latturner & Goodwin, LLC respectfully requests that the death of plaintiff be spread of record, and further requests the entry of any other relief that the Court deems appropriate.

Respectfully submitted,

 s/   Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER

      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Heather Kolbus, hereby certify that on May 4, 2020, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system which caused notice via email to be sent to the following:

    Peter M. Spingola - pspingola@chapmanspingola.com
    CHAPMAN SPINGOLA, LLP
    190 S. LaSalle Street, Suite 3850
    Chicago, IL 60603

                                    s/Heather Kolbus
                                    Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)