## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Herminia Dolemba, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:19–cv–07139
                                                        Honorable John Robert Blakey

Champion Roofing, LLC

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 10, 2020:

     MINUTE entry before the Honorable John Robert Blakey: The Court accepts Plaintiff's suggestion of death [24], and the Clerk is directed to terminate this notice as a pending motion. Plaintiff's motion to substitute [29] is granted and the Clerk is directed to substitute Herminia Dolemba as the Plaintiff in this matter. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.