IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HERMINIA DOLEMBA on behalf of plaintiff and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 19 C 7139 |
| v. | ) ) ) | Judge Blakey Magistrate Judge Gilbert |
| CHAMPION ROOFING, LLC, | ) ) ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff Herminia Dolemba, and Defendant Champion Roofing, LLC, by and through their respective counsel, respectfully submit this Joint Status Report pursuant to the Court's July 8, 2020 order (*Dkt. No. 35*), and state that the parties have reached an agreement to resolve this matter on a class basis. Plaintiff anticipates filing a motion for preliminary approval by September 11, 2020.

Respectfully submitted,

 s/ Heather Kolbus  
Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    &amp; GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

s/ Peter M. Spingola (w/ consent)
Peter M. Spingola
CHAPMAN SPINGOLA, LLP
190 S. LaSalle Street, Suite 3850
Chicago, IL 60603
(312) 630-9202

**CERTIFICATE OF SERVICE**

   I, Heather Kolbus, hereby certify that on July 31, 2020, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system which caused notice via email to be sent to the following:

 Peter M. Spingola - pspingola@chapmanspingola.com
 CHAPMAN SPINGOLA, LLP
 190 S. LaSalle, Suite 3850
 Chicago, IL 60603

                s/ Heather Kolbus
                Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200